UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>　　　　Defendants. | Case No.: 1:21-cv-01675-JLT-SKO<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 30) |

Plaintiff Richard Lee Thomas is proceeding pro se and *in forma pauperis* in this civil rights action. This action proceeds on Plaintiff's Eighth Amendment excessive force claims against Defendants Peralta and Sandoval and failure to intervene claim against Defendant Melendez.

### I.  INTRODUCTION

On May 23, 2024, the Court issued its Discovery and Scheduling Order. (Doc. 28.) Defendants filed a Notice of Change in Designation of Counsel for Service and Request to Terminate Lisa Giarratano from Service List (Doc. 29) on August 7, 2024, [1] and Defendants' Ex Parte Application to Modify Scheduling Order (Doc. 30) on August 13, 2024.

### II.  DISCUSSION

In their ex parte application to modify the discovery and scheduling order, Defendants

---

[1] The Clerk of the Court updated the docket accordingly on August 8, 2024.

seek to extend the deadlines by 60 days because newly assigned counsel requires additional time to familiarize herself with the case, conduct discovery, and to assess and prepare dispositive motions. (Doc. 30 at 3-4.) Defense counsel was assigned this case on August 7, 2024, following the departure of the previously assigned attorney from the California Attorney General's Office. (*Id*. at 6, ¶ 3.) Counsel states the press of other business within the last two weeks, including preparing for two settlement conferences and filing and preparing several motions in other actions, significantly limited her availability to fully prepare an exhaustion-based motion in this action. (*Id*., ¶¶ 4, 6.) Counsel also needs additional time to arrange for and take Plaintiff's deposition, assess the viability of any dispositive motions, and to prepare a merits-based dispositive motion if appropriate. (*Id*., ¶ 5.) Counsel requests that all pre-trial deadlines be extended by 60 days to avoid prejudice to Defendants. (*Id*., ¶¶ 7-8.)

### III. CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that:

1. Defendants' ex parte application to modify the discovery and scheduling order (Doc. 30) is **GRANTED**;
2. The Discovery and Scheduling Order is **modified** as follows:
   a. The deadline for filing a motion challenging the exhaustion of administrative remedies is extended from August 23, 2024, to **October 22, 2024**;
   b. The deadline for amending pleadings is extended from September 20, 2024, to **November 19, 2024**;
   c. The deadline for the completion of all discovery is extended from October 23, 2024, to **December 23, 2024**; and
   d. The deadline for filing dispositive motions is extended from December 23, 2024, to **February 21, 2025**.

IT IS SO ORDERED.

Dated:   **August 14, 2024**          /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

2