# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-01675-JLT-SKO<br><br>**ORDER DIRECTING CLERK OF THE COURT TO MODIFY PLAINTIFF'S ADDRESS OF RECORD AND TO RE-SERVE THE ORDER TO SHOW CAUSE ISSUED NOVEMBER 19, 2024**<br><br>**ORDER DIRECTING PLAINTIFF TO RESPOND WITHIN 14 DAYS** |

Plaintiff Richard Lee Thomas is proceeding pro se and *in forma pauperis* in this civil rights action. This action proceeds on Plaintiff's Eighth Amendment excessive force claims against Defendants Peralta and Sandoval and failure to intervene claim against Defendant Melendez.

It has come to this Court's attention that Plaintiff is no longer housed at Kern Valley State Prison. Although Plaintiff has failed to notify the Court of his change of address, the Court notes Defendants' summary judgment motion was served on Plaintiff at Pelican Bay State Prison. (*See* Doc. 32-6 [proof of service].) A search of the California Incarcerated Records and Information Search (CIRIS) tool confirms Plaintiff is presently housed at Pelican Bay State Prison. (*See* https://ciris.mt.cdcr.ca.gov/results?lastName=thomas&firstName=richard, as of December 11, 2024.)

Plaintiff is reminded it is his obligation to keep the Court apprised of his current address. *See* Local Rules 182(f) & 183(b). (*See also* Doc. 7 at 1, 5 [First Informational Order in Prisoner/Civil Detainee Case issued 11/19/21].)

Based on the foregoing, the Court **ORDERS**:

1. The Clerk of the Court to **update** Plaintiff's address of record to reflect he is presently housed at Pelican Bay State Prison;
2. The Clerk of the Court to **re-serve** the Order to Show Cause (Doc. 33) issued November 19, 2024, to Plaintiff at his new address of record; and
3. That Plaintiff **SHALL** respond to the Order to Show Cause **within 14 days** of the date of service of this order.

IT IS SO ORDERED.

Dated:   **December 12, 2024**            /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

2