UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>　　　　Defendants. | Case No.: 1:21-cv-01675-JLT-SKO<br><br>**ORDER GRANTING DEFENDANTS' SECOND EX PARTE APPLICATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 40) |

Plaintiff Richard Lee Thomas is proceeding pro se and *in forma pauperis* in this civil rights action. This action proceeds on Plaintiff's Eighth Amendment excessive force claims against Defendants Peralta and Sandoval and failure to intervene claim against Defendant Melendez.

**I.　　INTRODUCTION**

On May 23, 2024, the Court issued its Discovery and Scheduling Order. (Doc. 28.)  On August 13, 2024, Defendants filed an ex parte application to modify the scheduling order. (Doc. 30.) The Court issued its Order Granting Defendants' Ex Parte Application to Modify the Discovery and Scheduling Order on August 14, 2024, extending some deadlines by 60 days. (Doc. 31.)

On February 14, 2025, Defendants filed their second request to modify the scheduling order (doc. 40), seeking an extension of the deadline for filing a dispositive motion.

## II.     DISCUSSION

In the second ex-parte application to modify the scheduling order, Defendants seek to extend the February 21, 2025, deadline for filing a summary judgment motion on the merits of Plaintiff's claims.

On October 22, 2024, Defendants filed a motion for summary judgment contending that Plaintiff has failed to properly exhaust his administrative remedies. The motion is pending before the Court.[1] Defendants ask this Court to extend the dispositive motion filing deadline by "forty-five days from the date of the Court's final order." Because the exhaustion motion may dispose of the entire action, Defendants contend the requested extension will prevent the unnecessary expenditure of resources by the parties and is in the interests of judicial economy. Defendants further state that defense counsel spoke with Plaintiff by telephone on February 10, 2025; although Plaintiff did not oppose Defendants' request, a stipulation could not be obtained due to Plaintiff's incarceration.

## III.    CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that:

1. Defendants' ex parte application to modify the discovery and scheduling order (Doc. 40) is **GRANTED**; and
2. The deadline for filing dispositive motions is extended from February 21, 2025, to **forty-five (45) days after the order** addressing the pending exhaustion motion is issued, if necessary.

IT IS SO ORDERED.

Dated:    **February 19, 2025**              /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The exhaustion motion was fully briefed as of January 13, 2025, with the filing of Defendants' reply to Plaintiff's opposition.

2